# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christine Muniz

                              Plaintiff,

v.                                                                    Case No.: 1:24–cv–05948
                                                                             Honorable Thomas M. Durkin

City Of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 28, 2024:

       MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time to answer [12] is granted. The Cook County Defendants are to respond to Plaintiff's Complaint by 9/26/2024. The 9/24/2024 joint status report deadline is extended to 10/10/2024. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.