IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE MUNIZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-cv-5948 |
| | ) | |
| v. | ) | Judge: Thomas M. Durkin |
| | ) | |
| CITY OF CHICAGO, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT – CITY DEFENDANTS AND PLAINTIFF**

Defendant City of Chicago ("Defendant City"), by and through one of its attorneys, Simerdeep Kaur, Assistant Corporation Counsel, and Defendants John Hendry ("Hendry") and Charles Hernandez ("Hernandez")(hereafter collectively referred to as the "City Defendants"), by and through one of their attorneys, Tyler D. Michals, Assistant Corporation Counsel and Plaintiff, Christine Muniz, by and through her attorney, Chris Jahnke, pursuant to this Court's order of September 16, 2025 (Dkt. No. 80), submit the following Joint Status Report regarding the status of the black Samsung phone:

On Friday, September 19, 2025, the City Defendants facilitated the turnover of the black Samsung phone at 2 N. La Salle, Suite 420 and retrieved the UMX phone that was turned over to Plaintiff on September 3, 2025. On September 24, 2025, the City Defendants advised Plaintiff that the City does not have the passcode to gain access to the black Samsung phone.

/s/ *Tyler D. Michals*
Tyler D. Michals
Assistant Corporation Counsel

David Condron, Assistant Corporation Counsel Supervisor
City of Chicago Department of Law
Federal Civil Rights Litigation Division

2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
Phone: (312) 744-1056 (Michals)
Tyler.Michals@cityofchicago.org
**Attorneys for Defendant Officers**

                                             */s/ Simerdeep Kaur*
                                             Simerdeep Kaur
                                             Assistant Corporation Counsel

Maxwell Lisy, Assistant Corporation Counsel Supervisor
Simerdeep Kaur, Assistant Corporation Counsel

City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
Phone: (312) 744-2026 (Kaur)
Attorney Number: 6336153 (Kaur)
Simerdeep.Kaur@cityofchicago.org
**Attorneys for Defendant City**


                                By: /s/ Christopher M. Jahnke
                                     Attorney for Plaintiff

Christopher M. Jahnke (cmj@jtlawllc.com)
FRANKFORT LAW GROUP
10075 W. Lincoln Highway
Frankfort, IL 60423
Phone: (708)349-9333
ARDC: 6294347