# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Christine Muniz,

Plaintiff(s),

v.

City Of Chicago et al,

Defendant(s).

Case No. 1:24-cv-05948
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) City of Chicago, John Hendry, Charles Hernandez, Cook County, Cook County Medical Examiner's Office, Latanja M Watkins
and against plaintiff(s) Christine Muniz
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion to dismiss.


Date:  11/7/2025                                Thomas G. Bruton, Clerk of Court

                                                E. Wall, Deputy Clerk